Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT

## for the

_____ District of _____

_____ Division

Joseph Adam Krol Jr.

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

U.S Marine Corps
U.S. Navy
Department of Defence

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:18cv 2751 T17 JSS
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
2018 NOV -8 PM 1: 31
FILED

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joseph Adam Krol Jr. |
| Street Address | 13125 Wilcox Rd. Apt 9-103 |
| City and County | Largo |
| State and Zip Code | Florida 33774 |
| Telephone Number | 1-760-468-2414 |
| E-mail Address | jkrol 5613 @ gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.



Page 1 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 1**

Name — U.S. Navy

Job or Title (if known) — Department of The Navy

Street Address — 1000 Navy Pentagon

City and County — Washington D.C. 20350-1200

State and Zip Code — D.C. 20350-1200

Telephone Number — 1-800-872-6289

E-mail Address (if known)

**Defendant No. 2**

Name — U.S Marine Corps

Job or Title (if known) — Deputy Naval Inspector General for Marine Corps

Street Address — 3000 Marine Corps Pentagon Code I.G

City and County — Washington

State and Zip Code — D.C 20380-1775

Telephone Number — 1-866-243-3887

E-mail Address (if known)

**Defendant No. 3**

Name — Department of Defence

Job or Title (if known)

Street Address — 1400 Defence Pentagon

City and County — Washington D.C

State and Zip Code — D.C. 20301-1400

Telephone Number — 1-703-571-3343

E-mail Address (if known)

**Defendant No. 4**

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* Joseph Adam Krol Jr. , is a citizen of the State of *(name)* Florida .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

2.    If the defendant is a corporation

The defendant, *(name)* U.S. Marine Corps , is incorporated under the laws of the State of *(name)* All States , and has its principal place of business in the State of *(name)* Washington D.C. . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* _See  Page 1_ , owes the plaintiff *(specify the amount)* $ _____ , because *(use one or more of the following, as appropriate)*:

### A.    On a Promissory Note

On *(date)* _____ , the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ . A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

_N/P_

### B.    On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ _____ . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

_N/A_

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

C.      **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____*VA*_____ , for goods sold and delivered

by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

D.      **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ _____*N/A*_____ , for money the plaintiff loaned

the defendant on *(date)* _____ .

E.      **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ _____*N/A*_____ for money paid by mistake to

the defendant on *(date)* _____ , when the defendant received the payment from *(specify who*

*paid and describe the circumstances of the payment)*

F.      **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ _____*N/N*_____ on *(date)* _____ by

*(identify who paid and describe the circumstances of the payment)*

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as*

*that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a*

*deposit to be returned)*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  *OuTside Page*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/8/2018

Signature of Plaintiff    _Joseph A. Krol Jr._

Printed Name of Plaintiff    _Joseph A. Krol JR_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

---

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* _1/23/2014_ at *(place)* _Camp Pendleton_ , the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

_They did not care to install All Protection Personal Fall Arrest System. DoD + Federal Safety Laws_

---

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

_No Fall Protection would not_

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III   Page1

Federal safety devices were not installed. The Marine Corps Navy + DOD Refused To install Fall Protection, Federal Law. Saying They did not have The funds, To install Fall Protection. If you don't have The funds To install safety devices To protect your employees. You close The place down Till you provide The Safety devices To protect your employees. They were sited by OSHA in 2007 for not having Fall Protection. I fell in 2014. Not only did They not follow Their own DOD Safety Fall Protection Protocalls. They Refuse To follow Federal hew for Fall Protection.

III - A

All Three Organisations had 7 years after being sited & fined in 2007. To install fall Protection. Not only did They feel They did not have To comply To DOD Safety SOP 5100.10c Chapter 19 Fall Protection. They also desided They did not have To coply To Federal Fall Protection Safety haws. They should have installed a personal Fall arrest system. IT is Required whenever work is performed 4 LT. 1.2 meTers off The ground. We should have been Trained in fall protection. We were not. I was Told by my boss, That he was Told They did not have The funds. I found This out months after my fall. This shows gross negligence + uncareing for The safety of Their employes. The Marine Corps + Navy Took an oath To protect me from people forighn d domestic. I did not Know That The people who Took This oath To protect me would not only not protect me but blame me and would lie To protect Themsleves

## IV

I am looking for damages in The amount of 5 million dollars. First I almost bled To death. Found out at 65, my life as I knew iT was over, because oh The call. Destroyed my body and Took my livelyhood away from me. I also ash This amount for The menTal anguesh They puT me Through These past years. And because oh The life i have had To live because my body was broke & The mental warfare They used. Also for having The nerve to blame me for Them failing To Do Their Jobs. And I am also asking for The officers who perpeTeated This cover up. To be CourT MarTialed for dereliction of duty. Failyour To insTall fall proTection and protect me. No One is above The Law. NoT even These people. BuT Through Their actions They showed They believe They Are

Defendant No. 2

U.S Navy
All States
Washington. D.C.

Defendant No. 3
Department of Defence
Washington- D.C.